UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
450 Main Street
Hartford, Connecticut 06103
860-240-3200

January 20, 2005

Office of Passport Policy and Advisory Services
United States Department of State
1111 19th Street, NW, Room 260
Washington, DC  20522-1705

RE: 3:01cr253

    Passport # 241783 as to Joseph Faryniarz
    sent by certified mail to the Department of State

Dear Sir or Madam:

Enclosed please find the U.S. Passport referenced above, which was surrendered by the above-named defendant as a condition of pretrial release.

- [✓] The above-named defendant has been sentenced and the time to file an appeal has passed (copy of judgment enclosed).

- [ ] The above-named defendant has been sentenced and the judgment of this court has been affirmed by the Court of Appeals (copy of judgment enclosed).

- [ ] The above-named defendant is now in fugitive status.

- [ ] The passport has expired or will expire during the period of incarceration or supervision.

Please acknowledge receipt of this passport below and return in the enclosed self-addressed envelope.

KEVIN F. ROWE, CLERK

By: *Barbara Sunbury*
    Barbara Sunbury
    Deputy Clerk

---

Passport Received on: _____

Received by: _____